974

No. 97–1620. SEIF, SECRETARY, PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION, ET AL. *v.* CHESTER RESIDENTS CONCERNED FOR QUALITY LIVING ET AL. C. A. 3d Cir. [Certiorari granted, *ante*, p. 915.] Judgment vacated, and case remanded with instructions to dismiss in light of *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).

No. 98–5562 (A–119). CHANDLER *v.* GREENE, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. A–173 (O. T. 1998). RUIZ CAMACHO *v.* TEXAS. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE O'CONNOR took no part in the consideration or decision of this application.

No. 98–5331 (A–125). RUIZ CAMACHO *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. D–1972. IN RE DISBARMENT OF HYNES. Disbarment entered. [For earlier order herein, see *ante*, p. 948.]